UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR(S): __JUANA MARQUEZ__    SS#xxx-xx-4456    CASE NO.: 14-14846
PLAN OF REORGANIZATION

This document is plan summary. Additional data on file in clerk's office attached to original Plan.
**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months:
   A. $ __2356.14__    for months __1__ to __60__;
   B. $ ____    for months ____ to ____;
   C. $ ____    for months ____ to ____;    in order to pay the following creditors:
**Administrative:**    Attorney's Fee - $ 3500.00    TOTAL PAID $1500.00
    Balance Due $ 2000.00    payable $ 500 /mo (Mos. __1__ To __4__)

**Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)]**
**Mortgage(s)/Liens on Real Property:**

1. ____    Arrearage $ __52,992.00__ thru __03/2014__
    Regular Payment $ __1154.00__ /mo.(Mos. __1__ to __60__)
    Arrears Payment $ __416.53__    mo.(Mos. __1__ to __4__)
    Arrears Payment $ __916.53__    mo (Mos. __5 to 60__)

☐ **IF CHECKED, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING THE CLAIMS OF THE CREDITORS LISTED BELOW PURSUANT TO 11 USC § 506(a) AND BANKRUPTCY RULE 3012.**

| Secured Creditor | Payoff Amount Value of Collateral | Rate of Interest | Plan Payments | Months of Payments |
|---|---|---|---|---|
|  | $0 | 0 | 0 |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Priority Creditors:** None.

Unsecured Creditors Pay $ 50.00 Months 1 to 60 to provide a dividend to UNDISPUTED UNSECURED AND UNDERSECURED claims listed in the schedules. This is a 100% plan in the event that additional creditors file claims the Debtor will either object to the claims or make provision for payment.

Other Provisions: The Debtor will retain the property at 3139 sw 25th Street, Miami, Florida 33133.    The debtor is hereby advised that the chapter 13 trustee has requested that the debtor comply with 521(f)1-4 on an annual basis during the pendency of this case. The debtor hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous years income.

I declare that the foregoing chapter 13 Plan is true and correct under penalty of perjury.

X __/s/__    __3/28/14__        ____    ____
   DEBTOR    DATE        DEBTOR (if joint)    DATE