UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR(S): JUANA MARQUEZ          SS#xxx-xx-4456          CASE NO.: 14-14846
**AMENDED PLAN OF REORGANIZATION**

This document is plan summary. Additional data on file in clerk's office attached to original Plan.
**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months:
  A. $ 2356.14         for months  1  to  60 ;
  B. $                 for months     to    ;
  C. $                 for months     to    ; in order to pay the following creditors:

**Administrative:**     Attorney's Fee - $ 3500.00      TOTAL PAID $1500.00
                        Balance Due $ 2000.00  payable $ 500 /mo (Mos. 1 To 4 )

**Secured Creditors:** [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)]
**Mortgage(s)/Liens on Real Property:**

1. WELLS FARGO BANK, N.A.                    Arrearage $ 52,992.00  thru  03/2014
   3563 Phillips Highway, Building D         Regular Payment $ 1154.00 /mo.(Mos. 1 to 60 )
   Jacksonville, Fl 32207                    Arrears Payment $ 416.53   mo.(Mos. 1 to 4 )
                                             Arrears Payment $ 916.53   mo (Mos. 5 to 60 )

☐ IF CHECKED, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING THE CLAIMS OF THE CREDITORS LISTED BELOW PURSUANT TO 11 USC § 506(a) AND BANKRUPTCY RULE 3012.

| Secured Creditor | Payoff Amount: Value of Collateral | Rate of Interest | Plan Payments | Months of Payments |
|---|---|---|---|---|
|  | $0 | 0 | 0 |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Priority Creditors:** None.

Unsecured Creditors Pay $ 50.00 Months 1 to 60 to provide a dividend to UNDISPUTED UNSECURED AND UNDERSECURED claims listed in the schedules. The debtor will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

Other Provisions: The Debtor will retain the property at 3139 sw 25th Street, Miami,Florida 33133.   The debtor is hereby advised that the chapter 13 trustee has requested that the debtor comply with 521(f)1-4 on an annual basis during the pendency of this case. The debtor hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that  the debtor shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous years income.

I declare that the foregoing chapter 13 Plan is true and correct under penalty of perjury.

_____    10/10/14    _____
DEBTOR                     DATE        DEBTOR (if joint)       DATE