UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA— MIAMI DIVISION

CASE NO.: 14-14846-RAM
CHAPTER 13

*In re:*

Juana Marquez,

    Debtor(s).

_____/

## WELLS FARGO BANK, N.A. AS SUCCESSOR BY MERGER TO WACHOVIA BANK, N.A.'S MOTION TO DISMISS

**COMES NOW**, WELLS FARGO BANK, N.A. AS SUCCESSOR BY MERGER TO WACHOVIA BANK, N.A., (hereinafter "Secured Creditor"), by and through its undersigned counsel, hereby files its Motion to Dismiss the instant bankruptcy case pursuant to 11 U.S.C. §1307, and as grounds therefore, shows this Court:

1. On February 28, 2014, the Debtor filed a voluntary petition, pursuant to Chapter 13 of the Bankruptcy Code.

2. On September 9, 2014, Secured Creditor timely filed its Proof of Claim, docketed in the claims register as Claim 2-1.

3. On July 29, 2014, the Debtor filed her First Amended Chapter 13 Plan (D.E. 63). The First Amended Chapter 13 Plan was confirmed on October 22, 2014 (D.E. 66).

4. However, the confirmed Plan does not conform to Secured Creditor's timely filed Proof of Claim, 2-1.

5. To date, the Debtor has failed to modify her Chapter 13 Plan to either pay Secured Creditor pursuant to its Proof of Claim or surrender the subject property.

6. Pursuant to 11 U.S.C. §1307(c)(5), Secured Creditor requests that the bankruptcy case be dismissed, or in the alternative, the Debtor immediately file a Modified Plan, with a Motion to Approve the Modified Plan, paying Secured Creditor pursuant to its Proof of Claim, or surrendering the subject real property.

7. As the facts here demonstrate, under 11 U.S.C. §1307(c)(5), the confirmed Plan is not confirmable because the confirmed Plan's payments to Secured Creditor do not conform to Secured Creditor's Proof of Claim.

WHEREFORE, Secured Creditor respectfully requests that the bankruptcy case be dismissed, or in the alternative, the Debtor immediately file a Modified Plan, with a Motion to Approve the Modified Plan, paying Secured Creditor pursuant to Proof of Claim 2-1, or surrendering the subject real property.

I HEREBY CERTIFY that a true and correct of the foregoing has been served either electronically or by 1st Class U.S. Mail on this 23rd day of March, 2015, to:

Juana Marquez
3139 SW 25th Street
Miami, FL 33133

Nancy K. Neidich, Trustee
POB 279806
Miramar, FL 33027

Paul N. Contessa, Esq.
15321 S. Dixie Hwy #207
Miami, FL 33157

    Moskowitz Mandell Salim & Simowitz, P.A.
    Attorneys for Secured Creditor (3409.99)
    800 Corporate Drive, Suite 500
    Fort Lauderdale, FL  33334
    Telephone:  (954) 776-92221
    Facsimile:  (954) 491-2051
    bsunshine@mmsslaw.com

    /s/ Benjamin Sunshine
    _____
    Benjamin Sunshine, Esq. / FBN 112754