

ORDERED in the Southern District of Florida on June 19, 2015.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA— MIAMI DIVISION

CASE NO.:  14-14846-RAM
CHAPTER 13

*In re:*

Juana Marquez,

    Debtor(s).

_____/

## ORDER DENYING WELLS FARGO BANK, N.A. AS SUCCESSOR BY MERGER TO WACHOVIA BANK, N.A.'S MOTION TO DISMISS

**THIS CAUSE** having come before the Court upon the Motion to Dismiss filed by WELLS FARGO BANK, N.A. AS SUCCESSOR BY MERGER TO WACHOVIA BANK, N.A., (hereinafter "Secured Creditor") (D.E. 75) and the Court having reviewed the Motion, the file, and upon the record, it is **ORDERED AND ADJUDGED:**

    1.    Secured Creditor's Motion to Dismiss is DENIED without prejudice.

    2.    Any arrears [pursuant to Secured Creditor's timely filed Proof of Claim, docketed in the claims register as Claim 2-1] not being paid in the instant case shall be immediately due and payable upon entry of discharge; and Secured Creditor shall retain its *in rem* rights against the subject property described as 3139 SW 25TH STREET, MIAMI, FL 33133. *See In re Bateman*, 331 F.3d 821, 834 (11th Cir. 2003).

###

<u>This Order Prepared By:</u>

Benjamin Sunshine, Esq.

Moskowitz Mandell Salim & Simowitz, P.A.
Attorneys for Secured Creditor (file 3409.91)
800 Corporate Drive, Suite 500
Fort Lauderdale, FL  33334
Telephone:  (954) 491-2000
Facsimile:  (954) 491-2051
bsunshine@mmsslaw.com

     Benjamin Sunshine is directed to serve a copy of this Order on the below parties, and file a Certificate of Service with this Court.

Juana Marquez
3139 SW 25th Street
Miami, FL 33133

Nancy K. Neidich, Trustee
POB 279806
Miramar, FL 33027

Paul N. Contessa, Esq.
15321 S. Dixie Hwy #207
Miami, FL 33157