

ORDERED in the Southern District of Florida on February 24, 2016.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

JUANA MARQUEZ,

CHAPTER 13

CASE NO.14-14846

_____Debtor(s)_____/

### ORDER SUSTAINING OBJECTION TO CLAIM; ARREARAGE WILL BE DUE AT COMPLETION OF PLAN

THIS CAUSE came before the Court on the Objection to Claim of WELLS FARGO BANK filed by the Debtor, JUAN MARQUEZ filed pursuant to Local Rule 3007-1(A) and there being no objections to the entry of this Order within the 30 day negative notice period set forth herein, and the Court being otherwise more fully advised in the premises, it is :

**ORDERED:**

1. The Debtor's Objection to the Claim filed by WELLS FARGO BANK is sustained.
2. The Claim of WELLS FARGO BANK shall be treated as provided in the Plan with the amount of $52,992.00 to cured during the plan and the balance due at the completion of the Plan.

Submitted by:

**PAUL N. CONTESSA, ESQUIRE**
ATTORNEY FOR DARLA POWELL
CORAL REEF PLAZA, SUITE #207
15321 SOUTH DIXIE HIGHWAY
MIAMI, FLORIDA 33157