

ORDERED in the Southern District of Florida on May 30, 2019.

Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

JUANA MARQUEZ,

    Debtor
_____/

Case No.  14-14846-RAM

Chapter 13

### AGREED ORDER GRANTING WELLS FARGO BANK, N.A RELIEF FROM AUTOMATIC STAY

THIS CASE came on for hearing on May 14, 2019, upon the Motion for Relief from Stay filed by Wells Fargo Bank, N.A (Document No. 96).  Based upon the record, it is

**ORDERED:**

1. The Motion (Doc. No. 96) is granted.

2. The automatic stay arising by reason of 11 U.S.C. Section 362 of the Bankruptcy Code is terminated as to Movant's interest in the following property:

> REFERENCE NUMBER: 0601295611
> ALL THAT CERTAIN PROPERTY SITUATED IN THE CITY OF MIAMI IN THE COUNTY OF MIAMI-DADE AND STATE OF FLORIDA AND BEING DESCRIBED IN A DEED DATED 08/10/1998 AND RECORDED 08/18/1998 IN BOOK 18238 PAGE 4287 AMONG THE LAND RECORDS OF THE COUNTY AND STATE SET FORTH ABOVE AND REFERENCED AS FOLLOWS: LOT: 26 AND THE SOUTH 20 FT. OF

PH # 92643

1

**LOT 27 BLOCK 4, SUBDIVISION THE PINE, PLAT BOOK 5, PLAT PAGE 76. PARCEL ID NUMBER: 01-4116-011-0640**

**a/k/a 3139 SW 25 ST**
**MIAMI, FL 33133**

3.  The automatic stay is modified for the sole purpose of allowing Movant to complete *in rem* relief, to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the debtor.

4.  Movant shall not initiate or proceed in any pending foreclosure action for 30 days from entry of this order.

5.  Attorney's fees and costs in the amount of $1,031.00 are awarded for the prosecution of this Motion for Relief from Stay.

# # #

**Order Submitted By:**

Stefan Beuge, Esq., Florida Bar No. 68234
Phelan Hallinan Diamond & Jones, PLLC
2001 NW 64th Street
Suite 100
Ft. Lauderdale, FL 33309
Tel: 954-462-7000 Ext. 56588
Fax: 954-462-7001
Email: stefan.beuge@phelanhallinan.com
FLSD.bankruptcy@phelanhallinan.com

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).